IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CADE,<br><br>    Plaintiff,<br><br>  v.<br><br>TIMEC COMPANY INC,<br><br>    Defendant. | No.   C06-00813 MJJ<br><br>**ORDER TO SHOW CAUSE** |

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by **Friday, May 12, 2006**, the case shall be dismissed for failure to prosecute. The Case Management Conference set for May 9, 2006, is **vacated.**

**IT IS SO ORDERED.**

Dated:     5/1/2006

_____
MARTIN J. JENKINS
United States District Judge