**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALBERT CADE,                                                  No. C06-00813 MJJ

       Plaintiff,                                              **ORDER OF RECUSAL**

  v.

TIMEC COMPANY INC,

       Defendant.
_____/

    I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of Section E.2 of the Assignment Plan.

    All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

    **IT IS SO ORDERED.**

Dated: 7/25/2006

                                                   MARTIN J. JENKINS
                                                   United States District Judge